UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LAMONT CAIN,<br><br>  Plaintiff,<br><br>  v.<br><br>B. PAVIGLIANTI,<br><br>  Defendant. | No. 2:20-cv-01768-JAM-JDP (PC)<br><br>ORDER |

Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2022, are adopted in full; and

2. Plaintiff's motion for default judgment, ECF No. 35, is denied

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE