1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                               EASTERN DISTRICT OF CALIFORNIA

9

10    ANTONIO LAMONT CAIN,                          Case No.  2:20-cv-1768-DAD-JDP (PC)

11                   Plaintiff,                     ORDER DENYING PLAINTIFF'S MOTION
                                                    TO SET A SETTLEMENT CONFERENCE
12            v.
                                                    ECF No. 56
13    B. PAVIGLIANTI,

14                   Defendant.

15

16

17        Plaintiff has filed a motion asking that this case be set for a settlement conference.  ECF

18   No. 56.  The undersigned has reviewed the docket and believes that at this time a settlement

19   conference would be unlikely to be productive.  Accordingly, plaintiff's request to set a

20   settlement conference, ECF No. 56, is denied without prejudice.

21        If plaintiff still believes that a settlement conference would be beneficial after the parties

22   have completed discovery, he may renew his request to set a settlement conference.

23
     IT IS SO ORDERED.
24

25
     Dated:    October 13, 2022                     _____
26                                                  JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE
27

28